IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CHASE MALONE, <br><br> Plaintiff, <br><br> vs. <br><br> ISLAND TIME WATERSPORTS (CARIBBEAN), LLC d/b/a CRUZ BAY WATERSPORTS and KEREEM BOYNES, <br><br> Defendants. | Civil No. 2021-53 |

## TRIAL MANAGEMENT ORDER

      The parties were before the Court on September 28, 2021 on their Joint Discovery Plan and for an initial Rule 16 conference. The premises considered, it is ORDERED that the parties shall adhere to the following schedule:

1. The parties have disclosed information and documents pursuant to Rule 26(a)(1), and shall supplement such disclosures as necessary.

2. The deadline for seeking leave to amend pleadings or add new parties is November 15, 2021.

3. Fact discovery shall be completed by March 31, 2022.

4. The parties shall commence mediation by May 20, 2022, or earlier as agreed.

5. The plaintiff shall identify any experts, and produce the required materials related thereto, on or before April 29, 2022.

6. The defendants shall identify any experts, and produce the required materials related thereto, on or before July 15, 2022.

7. All discovery shall be completed by September 16, 2022.

8. The parties shall jointly contact the Court to attempt an informal resolution of any discovery disputes prior to filing discovery motions.

9. The production of privileged or work-product protected documents, as electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the

maximum protection allowed by Federal Rule of Evidence 502(d). This Order does not prevent any party from seeking a determination from the Court about whether a document or information, whether withheld or produced, is privileged or work product protected.

10. The parties have agreed on an ESI protocol.

11. The parties shall file dispositive and *Daubert* motions no later than October 21, 2022. The time for filing responses and replies may not be extended without leave of Court.

12. All motions in limine or to exclude evidence shall be filed no later than January 13, 2023. Any response shall be filed no later than seven days after the motion is served. Any reply shall be filed no later than five days after a response is served.

13. The parties shall file their proposed joint final pretrial order no later than January 27, 2023.

14. The parties shall file their proposed voir dire, proposed joint neutral statement, and proposed jury instructions no later than February 6, 2023.

15. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than February 6, 2023.

16. The final pretrial conference in this matter will be scheduled by the presiding judge.

17. The trial of this matter is scheduled to begin promptly at **9:00 a.m. on February 13, 2023.** The trial period extends from February 13 to 24, 2022. To the extent that there are conflicts, the trial date may change to any date within this period. All parties, witnesses and counsel should arrange their schedules accordingly.

18. A status conference is scheduled for **December 21, 2021 at 11:30 a.m.**

**Dated:** September 28, 2021    S\_____
   **RUTH MILLER**
   United States Magistrate Judge