# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CHASE MALONE,<br><br>                  Plaintiff,<br><br>vs.<br><br>ISLAND TIME WATERSPORTS (CARIBBEAN), LLC d/b/a CRUZ BAY WATERSPORTS and KEREEM BOYNES,<br><br>                  Defendants. | Civil No. 2021-53 |
| IN THE MATTER OF:<br><br>ISLAND TIME WATERSPORTS, LLC d/b/a CRUZ BAY WATERSPORTS,<br><br>                  Petitioner. | Civil No. 2021-77 |

## **ORDER**

The parties were before the Court for a video status conference on May 13, 2022. They reported they are generally on track with discovery and have scheduled mediation for June 28, 2022.

The premises considered, it is ORDERED that this matter is scheduled for a status conference on **August 1, 2022, at 10:00 a.m.** via Teams.

**Dated:** May 13, 2022

S\_____
  RUTH MILLER
  United States Magistrate Judge