IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| CHASE MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 2021-53 |
| vs. | ) | |
| | ) | |
| ISLAND TIME WATERSPORTS | ) | |
| (CARIBBEAN), LLC d/b/a CRUZ BAY | ) | |
| WATERSPORTS and KEREEM BOYNES, | ) | |
| | ) | |
| Defendants. | ) | |
| IN THE MATTER OF: | ) | |
| | ) | |
| ISLAND TIME WATERSPORTS, LLC d/b/a | ) | |
| CRUZ BAY WATERSPORTS, as owner of the | ) | |
| *ISLAND CHASER*, a 2012 Novurania Chaser 38 | ) | Civil No. 2021-77 |
| motor vessel bearing hull identification number | ) | |
| PKD25781B112 and United States Virgin Island | ) | |
| Registration: VI 6172TC, together with its Engines, | ) | |
| Tackle, Appurtenances, Equipment, & Etc., in a | ) | |
| cause for Exoneration from or Limitation of Liability, | ) | |
| | ) | |
| Petitioner. | ) | |

## ORDER

A Stipulation for Substitution of Counsel for Kareem Boynes was filed in these consolidated cases. [ECF 75 in Civil No. 21-53; ECF 36 in Civil No. 21-77]. The parties apparently believe that the Court must approve the stipulation before it may take effect. This is not the case as the Stipulation is self-executing.

However, so as to avoid any possible future confusion, the Stipulation for Substitution is APPROVED nunc pro tunc that date of filing of the Stipulation.

**Dated:** July 29, 2022          S\_____
                                              **RUTH MILLER**
                                              United States Magistrate Judge