**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **CHASE MALONE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-0053 |
| ) | |
| **ISLAND TIME WATERSPORTS** ) | |
| **(CARIBBEAN), LLC d/b/a CRUZ BAY** ) | |
| **WATERSPORTS AND KAREEM BOYNES,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| **IN THE MATTER OF:** ) | Case No. 3:21-cv-0077 |
| ) | |
| **ISLAND TIME WATERSPORTS, LLC d/b/a** ) | |
| **CRUZ BAY WATERSPORTS,** ) | |
| ) | |
| Petitioner. ) | |
| ) | |

**ORDER**

**THIS MATTER** is before the Court on the Joint Rule 54(b) Motion of Plaintiff Chase Malone ("Malone") and Defendant Kareem Boynes ("Boynes"), for entry of final judgment in favor of Malone against Boynes in the amount of $6,749,130.30, ECF No. 79, even though the claims against co-Defendant, Island Time Watersports (Caribbean), LLC ("Island Time"), remain. In support of this request, Malone and Boynes have submitted a Stipulated Judgment against Boynes and in favor of the Plaintiff. (ECF No. 78.)

Under the circumstances, the Court finds there is no reason to delay the entry of final judgment against Boynes pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, even though Malone maintains unresolved claims against Island Time. Accordingly, it is hereby

**ORDERED** that the motion for entry of final judgment against Kareem Boynes, ECF No. 79, is **GRANTED,** and Final Judgment is hereby entered pursuant to Rule 54(b) against Defendant Boynes and in favor of Plaintiff Malone in the amount of $6,749,130.30.

*Malone v. Islands Time Watersports, et al.*
Case Nos. 3:21-cv-0053 and 3:21-cv-0077
Order
Page 2

**IT IS FURTHER ORDERED** that this Order shall be docketed in both cases captioned above.

**Dated:** September 28, 2022            /s/ *Robert A. Molloy*
                                        **ROBERT A. MOLLOY**
                                        **Chief Judge**