IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **CHASE MALONE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-0053 |
| | ) | |
| **ISLAND TIME WATERSPORTS (CARIBBEAN), LLC d/b/a CRUZ BAY WATERSPORTS AND KAREEM BOYNES,** | ) ) ) ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| **IN THE MATTER OF:** | ) | Case No. 3:21-cv-0077 |
| | ) | |
| **ISLAND TIME WATERSPORTS, LLC d/b/a CRUZ BAY WATERSPORTS,** | ) ) ) | |
| Petitioner. | ) | |

**ORDER**

  **UPON CONSIDERATION** of the Bench Trial to be had in this matter and the Parties Joint Motion for Brief Enlargement of Time for Filing Trial Briefs (*In re Island Time Watersports, LLC d/b/a Cruz Bay Watersport*, Civ. No. 3:21-cv-0077, ECF No. 126 and *Malone v. Island Time Watersports (Caribbean), LLC d/b/a Cruz Bay Watersport*, 3:21-cv-0053, ECF No. 149, it is hereby

  **ORDERED** that the Parties' Joint Motion for Brief Enlargement of Time for Filing Trial Briefs, ECF No. 126 and ECF No. 149, is **GRANTED**; it is further

  **ORDERED** that Parties shall have until **March 30, 2023,** to file Trial Briefs in this matter; it is further

  **ORDERED** that the Bench Trial regarding the issues of exoneration and limitation in this matter **SHALL** commence at **9:30 a.m. on April 17, 2023, in St. Thomas Courtroom No. 1**; it is further

  **ORDERED** that the parties **SHALL** provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than **April 12, 2023**; it is further

*Malone v. Islands Time Watersports, et al.*
Case Nos. 3:21-cv-0053 and 3:21-cv-0077
Order
Page 2

**ORDERED** that this Order shall be docketed in both cases captioned above.

**Dated:** March 14, 2023                               /s/ *Robert A. Molloy*
                                                                    **ROBERT A. MOLLOY**
                                                                    **Chief Judge**